# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 18, 2013

Clerk
United States Court of Appeals for the Second
Circuit
1702 US Courthouse, Foley Sq.
New York, NY  10007

      Re:  Nicolas Martin
           v. Carl Blessing, et al.
           No. 13-169
           (Your No. 11-3696)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The petition for a writ of certiorari is denied.  The Chief Justice took no part in the consideration or decision of this petition.  Statement of Justice Alito, respecting the denial of the petition for a writ of certiorari.

                            Sincerely,

                            **Scott S. Harris**, Clerk